ATTORNEY GRIEVANCE COMMISSION*     IN THE

OF MARYLAND                    *

200 Harry S. Truman Parkway      *     COURT OF APPEALS

Suite 300                        *

Annapolis, MD 21401           *     OF MARYLAND

                             *

      Petitioner             *

                             *     Misc. Docket AG

v.                              *     No. 0023

                             *     September Term, 2015

RONALD L. BRIGGS, JR.         *

                             *     In the Circuit Court

                             *     for Dorchester County

                             *     Case No. 09-C-15-022531 OC

      Respondent           *

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed herein pursuant to Maryland Rule 16-722, in which Respondent admits he committed professional misconduct in violation of Rules 1.3, 1.4(a)(b), 1.15(c), 4.1(a)(1), 8.1(b), and 8.4(a)(c) and (d) of Maryland Lawyers' Rules of Professional Conduct, it is this

  16th   day of  December , 2015,

ORDERED, that Respondent, Ronald L. Briggs, Jr., be and he is hereby disbarred from the practice of law in the State of Maryland, effective thirty (30) days from the date of this Order; and it is further

ORDERED that the Clerk of this Court shall remove the name of Ronald L. Briggs, Jr. from the register of attorneys in the Court and certify that fact to the Client Protection Fund of Maryland and all clerks of all judicial tribunals in this State in accordance with Maryland Rule 16-772(d).

                                      /s/ Lynne A. Battaglia

                                      Senior Judge